Form 5

FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an AGENCY, BOARD, COMMISSION, OFFICE OR BUREAU.

# United States Court of Appeals for the Federal Circuit

Berk-Tek LLC _____, Petitioner or Appellant,

v.     **PETITION FOR REVIEW**

Belden, Inc. _____, Respondent or Appellee.

RECEIVED 2014 MAY 20 PM 1:18 US COURT OF APPEALS FEDERAL CIRCUIT

Berk-Tek LLC _____ (name all parties* bringing the petition or appeal) hereby petition/appeal the court for review of the Decision on Trial from IPR 2013-00057 (describe the order or decision and include decision number) of the Patent Trials and Appeal Board (name the agency, board, office or bureau) entered on March 18, 2014, (date). The order or decision was received on March 18, 2014, (date).

_____ 5/19/14
(Signature of petitioner, appellant or attorney)

Joseph Sofer
SOFER & HAROUN LLP
31st Madison Ave, Suite 910
New York, NY 10017
212-897-28x0

(Address and phone number of petitioner, appellant or attorney

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

Filed on behalf of Berk-Tek LLC

| | |
|---|---|
| By: Joseph Sofer<br>Robert Haroun<br>SOFER & HAROUN LLP<br>317 Madison Avenue, Suite 900<br>New York, NY 10017<br>Tel: (212) 697-2800<br>Fax: (212) 697-3004 | James Blank<br>David Soofian<br>KAYE SCHOLER LLP<br>425 Park Ave<br>New York, NY 10022-3598<br>Tel: (212) 836-8000<br>Fax: (212) 836-6519 |

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

BERK-TEK LLC

Petitioner

v.

BELDEN, INC.,
Patent Owner

_____

Case IPR2013-00057
U.S. Patent No. 6,074,503

_____

PETITIONER BERK-TEK LLC'S NOTICE OF APPEAL

*Inter Partes* Review - Patent No. 6,074,503　　　　　　　　　　　　　May 20, 2014
Case IPR2013-00057

Pursuant to 25 U.S.C. §§ 141(c) and 142 and in accordance with 37 C.F.R. § 90.3, Patent Owner Berk-Tek LLC ("Berk-Tek") appeals to the United States Court of Appeals for the Federal Circuit from the Final Written Decision of the Patent Trial and Appeal Board ("Board") entered on March 18, 2014 (Paper 46), and from all adverse underlying orders, decisions, rulings, and opinions, including, without limitation, certain holdings in the Decision to Initiate Trial for *Inter Partes* Review entered on April 16, 2013 (Paper 11).

For the limited purpose of providing the Director with the information requested in 37 CFR §90.2(a)(3)(ii), Berk-Tek anticipates that the issues on appeal may include, but are not limited to, the following, as well as any underlying findings, determinations, rulings, decisions, opinions, or other related issues:

- Whether the Board's decision that claims 5-6 of the '503 Patent are not obvious under 35 U.S.C. § 103 based on Sho 57 (1982) - 19910 (Exhibit 1008 - JP '910 reference) in view of Canadian Patent Application No. 2,058,046 (Exhibit 1010 - the CA '046 reference) is incorrect;

- Whether the Board's construction of certain claim terms within claims 1-2 of U.S. Patent No. 6,074,503 ("the '503 Patent") were incorrect and whether the Board's associated decision that claims 1-2 are not anticipated by U.S. Patent No. 4,393,582 (Exhibit 1003 - the '582 reference) is incorrect;

- Whether certain proposed grounds for invalidity, proposed by Petitioner in its Revised Petition of November 28, 2012 (Paper 4), were improperly not adopted for trial on the basis of redundancy; and

- Any and all findings or determinations supporting or related to the above identified issues, and all other issues decided adversely to Berk-Tek in any orders, decisions, rulings, and opinions during the *Inter Partes* Review.

Simultaneous with this filing and in accordance with 37 CFR 90.2(a)(1), this Notice of Appeal is filed with the Director of the United States Patent and Trademark Office; filed with Board; and served upon the Petitioner in accordance with 37 C.F.R. §42.6(e). In addition, three copies of this Notice of Appeal, along with the required fees, are being filed with the Clerk's Office for the United States Court of Appeals for the Federal Circuit.

In the event any fees are required for this Request, please charge Deposit Account No. 19-2825.

*Inter Partes* Review - Patent No. 6,074,503  
Case IPR2013-00057

May 20, 2014

Respectfully submitted,

SOFER & HAROUN, L.L.P.

Dated May 20, 2014

By:\_\_\_/Joseph Sofer/_____
    Joseph Sofer
    SOFER & HAROUN LLP
    New York, NY 10017
    317 Madison Avenue, Suite 900
    Reg. No 34,438
    Tel: (212) 697-2800

    James Blank
    David Soofian
    KAYE SCHOLER LLP
    425 Park Ave
    New York, NY 10022-3598
    Tel: (212) 836-8000
    Fax: (212) 836-6519

*Inter Partes* Review - Patent No. 6,074,503  
Case IPR2013-00057

May 20, 2014

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

-------------------------------------------------------------------------------X

| | | |
|---|---|---|
| In re *Inter Partes* Review of: | Case No.: | IPR2013-00057 |
| Clark et al. | Administrative Judge: | Lee |
| Patent No. 6,074,503 | Review Art Unit: | 1700 |
| Issue Date June 13, 2000 | | |
| For: MAKING ENHANCED DATA CABLE WITH CROSS-TWIST CABLED CORE PROFILE | | |

-------------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of May, 2014, the foregoing PETITIONER'S NOTICE OF APPEAL was filed with the Patent Trial and Appeal Board and served and/or filed as set forth below:

**Service and Filing by Hand Delivery:**

    Honorable Daniel E. O'Toole, Clerk of Court  
    United States Court of Appeals for the Federal Circuit  
    717 Madison Place, NW, Suite 401  
    Washington, DC 20439

    Director of the United States Patent and Trademark Office  
    Office of the General Counsel  
    United States Patent and Trademark Office  
    Madison Building East, Room 10B20  
    600 Dulany Street  
    Alexandria, VA 22314

*Inter Partes* Review - Patent No. 6,074,503  
Case IPR2013-00057

May 20, 2014

**Service by Electronic Mail and Express Mail:**

    Matthew B. Lowrie (mlowrie@foley.com)  
    Aaron W. Moore (amoore@foley.com)  
    FOLEY & LARDNER LLP  
    111 Huntington Avenue, Suite 2600  
    Boston, MA 02199-7610  
    Tel: (617) 342-4000  
    Fax: (617) 342-7070amoore-PTAB@foley.com

                                          Respectfully submitted,  
                                          SOFER & HAROUN, L.L.P.  
                                          By:___/Joseph Sofer/_____  
                                                Joseph Sofer  
                                                Reg. No 34,438  

Dated: May 20, 2014                    317 Madison Avenue  
                                                Suite 910  
                                                New York, NY 10017  
                                                (212) 697-2800  
                                                 Customer # 39600



Joseph Sofer | joesofer@soferharoun.com

RECEIVED
2014 MAY 20 PM 1:18
US COURT OF APPEALS
FEDERAL CIRCUIT

May 20, 2014

**BY HAND**
Honorable Daniel O'Toole, Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Suite 401
Washington, DC 20439

Re:   Notice of Appeal to the United States Court Of Appeals for the Federal Circuit
      *Inter Partes Review* - IPR 2013-00057

Dear Clerk of Court:

As per the requirements of 37 CFR 90.2(a)(2), enclosed are three copies of the Notice of Appeal submitted today with the Patent Trials and Appeals Board for appeal to the United States Court Of Appeals for the Federal Circuit. Also enclosed is the required cover sheet as well as the docketing fee of $500.

Enc.

Respectfully submitted –
Joseph Sofer

SOFER & HAROUN LLP
317 Madison Avenue, Suite 900
New York, NY 10017
Reg. No 34,438
Tel: (212) 697-2800

James Blank
David Soofian
KAYE SCHOLER LLP
425 Park Ave
New York, NY 10022-3598
Tel: (212) 836-8000
Fax: (212) 836-6519